```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
NATIONAL GENERAL INSURANCE COMPANY,

                    Plaintiff,
                                              20-cv-3876 (JGK)
     - against –
                                              ORDER
TEUFIK RADONCIC, ET AL.,

                    Defendants.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties should submit a status report to the Court by August 28, 2020.

**SO ORDERED.**

**Dated:**  **New York, New York**
       **August 13, 2020**

                              _____/s/ John G. Koeltl_____
                                   **John G. Koeltl**
                              **United States District Judge**