UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL GENERAL INSURANCE COMPANY,

                     Plaintiff,         20-cv-3876 (JGK)

     - against -                   ORDER

TEUFIK RADONCIC ET AL.,

                     Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit courtesy copies of the papers filed in connection with their respective motions for summary judgment. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
            April 1, 2022

                                                John G. Koeltl
                                        United States District Judge