UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL GENERAL INSURANCE COMPANY,

                Plaintiff,        20-cv-3876 (JGK)

   - against -               <u>ORDER</u>

TEUFIK RADONCIC ET AL.,

                Defendants.

---

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Joint Pre-Trial Order, together with motions in limine, proposed voir dire questions, and requests to charge, by **June 28, 2022**.

The parties should be ready for trial on 48 hours' notice **three weeks** after submission of their Joint Pre-Trial Order.

SO ORDERED.

Dated:    New York, New York
           June 8, 2022

                                                /s/ John G. Koeltl
                                                   John G. Koeltl
                                         United States District Judge