

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900  F: 716.855.0874
hurwitzfine.com

**Ryan P. Maxwell**
rpm@hurwitzfine.com

September 1, 2022

Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*VIA ECF*

```
Application granted.  SO ORDERED.

Sept. 2, 2022    /s/ John G. Koeltl
New York, NY     John G. Koeltl, U.S.D.J.
```

RE:   *National Gen. Ins. Co. v. Radoncic, et al*
      Case No.:    20-CV-03876

Dear Judge Koeltl:

This firm represents the plaintiff, National General Insurance Company, in the above-referenced lawsuit.

Pursuant to the Court's Order dated August 2, 2022, we respectfully request a 30-day extension of time to submit the settlement agreement to the Court in order for the Court to retain jurisdiction for the purpose of enforcing the settlement.

The parties are currently finalizing the settlement agreement, and intend to submit the settlement agreement to be so ordered by the Court.

Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

Respectfully submitted,

HURWITZ FINE PC

Ryan P. Maxwell

RPM:krk

cc    All Counsel (*via ecf*)

